## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  18-193** |
| **v.** | : | **DATE FILED:   November 1, 2018** |
| **DKYLE JAMAL BRIDGES** | : | **VIOLATIONS:** |
| **KRISTIAN JONES** | | |
| **ANTHONY JONES** | : | **18 U.S.C. § 1594(c) (conspiracy to engage** |
| **a/k/a "Ears"** | | **in sex trafficking via force, fraud, and** |
| | : | **coercion, and in sex trafficking of minors** |
| | | **– 1 count)** |
| | : | **18 U.S.C. §§ 1591(a)(1), (b)(1) (sex** |
| | | **trafficking via force, fraud, and coercion** |
| | : | **– 2 counts)** |
| | | **18 U.S.C. §§ 1591(a)(1), (b)(1), (b)(2), (c)** |
| | : | **(sex trafficking of minors and via force,** |
| | | **fraud, and coercion – 3 counts)** |
| | : | **18 U.S.C. § 2 (aiding and abetting)** |
| | | **Notice of forfeiture** |

## SUPERSEDING INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

From in or around 2012, through on or about September 21, 2017, in Philadelphia and

Delaware County, in the Eastern District of Pennsylvania, and elsewhere, the defendants,

**DKYLE JAMAL BRIDGES,**
**KRISTIAN JONES, and**
**ANTHONY JONES,**
**a/k/a "Ears,"**

conspired and agreed with each other and with other persons known and unknown to the Grand

Jury to knowingly recruit, entice, harbor, transport, provide, obtain and maintain a person, in and

affecting interstate and foreign commerce, knowing, and in reckless disregard of the fact, that

means of force, threats of force, fraud, and coercion would be used to cause such person to engage

in a commercial sex act, and knowing, and in reckless disregard of the fact, that such persons had

not attained the age of 18 years and would be caused to engage in a commercial sex act, and having

had a reasonable opportunity observe such persons, in violation of Title 18, United States Code,

Sections 1591(a)(1) and 1591(c).

All in violation of Title 18, United States Code, Section 1594(c).

## <u>COUNT TWO</u>

**THE GRAND JURY FURTHER CHARGES THAT:**

From in or around 2012, through on or about September 17, 2017, in Delaware County, in the Eastern District of Pennsylvania, and elsewhere, the defendant,

### DKYLE JAMAL BRIDGES

knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, and maintained Z.W., and aided and abetted the same, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion would be used to cause Z.W. to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(1) and 2.

<u>**COUNT THREE**</u>

**THE GRAND JURY FURTHER CHARGES THAT:**

From in or around November 2015, through in or around May 2016, in Delaware County, in the Eastern District of Pennsylvania, and elsewhere, the defendants,

**DKYLE JAMAL BRIDGES and
ANTHONY JONES,
a/k/a "Ears,"**

knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, and maintained J.S., and aided and abetted the same, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion would be used to cause J.S. to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(1) and 2.

4

<u>**COUNT FOUR**</u>

**THE GRAND JURY FURTHER CHARGES THAT:**

From in or around November 2015, through on or about September 21, 2017, in Philadelphia and Delaware County, in the Eastern District of Pennsylvania, and elsewhere, the defendants,

**DKYLE JAMAL BRIDGES,**
**KRISTIAN JONES, and**
**ANTHONY JONES,**
**a/k/a "Ears,"**

knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, and maintained B.T., a minor, and aided and abetted the same, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion would be used to cause B.T. to engage in a commercial sex act, and, knowing and in reckless disregard of the fact, that B.T. had not attained the age of 18 years, and would be caused to engage in a commercial sex act, and further having had a reasonable opportunity to observe B.T.

In violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(1), 1591(b)(2), 1591(c) and 2.

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

From in or around October 2016, through on or about November 15, 2016, in Delaware County, in the Eastern District of Pennsylvania, and elsewhere, the defendants,

**DKYLE JAMAL BRIDGES,**
**KRISTIAN JONES, and**
**ANTHONY JONES,**
**a/k/a "Ears,"**

knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, and maintained N.G., a minor, and aided and abetted the same, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion would be used to cause N.G. to engage in a commercial sex act, and, knowing and in reckless disregard of the fact, that N.G. had not attained the age of 18 years, and would be caused to engage in a commercial sex act, and further having had a reasonable opportunity to observe N.G.

In violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(1), 1591(b)(2), 1591(c) and 2.

6

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

From in or around October 2016, through on or about November 15, 2016, in Delaware County, in the Eastern District of Pennsylvania, and elsewhere, the defendants,

**DKYLE JAMAL BRIDGES,**
**KRISTIAN JONES, and**
**ANTHONY JONES,**
**a/k/a "Ears,"**

knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, and maintained L.C., a minor, and aided and abetted the same, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion would be used to cause L.C. to engage in a commercial sex act, and, knowing and in reckless disregard of the fact, that L.C. had not attained the age of 18 years, and would be caused to engage in a commercial sex act, and further having had a reasonable opportunity to observe L.C.

In violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(1), 1591(b)(2), 1591(c) and 2.

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      As a result of the violations of Title 18, United States Code, Sections 1594(c), 1591(a)(1), 1591(b)(1), 1591(b)(2) and 1591(c), as set forth in this indictment, defendants

**DKYLE JAMAL BRIDGES,
KRISTIAN JONES, and
ANTHONY JONES,
a/k/a "Ears"**

shall forfeit to the United States of America:

(a)      any property, real or personal, constituting or derived from, any proceeds obtained by the defendants, directly or indirectly, as a result of such violation, or any property traceable to such property; and

(b)      defendants' interest in any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the property of any such violation, and any property traceable to such property.

All pursuant to Title 18, United States Code, Section 1594(d).

**A TRUE BILL:**

_____

**GRAND JURY FOREPERSON**

_____

**WILLIAM M. MCSWAIN
United States Attorney**

8