IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 18-193-1, 2, 3 |
| v. | : | |
| DKYLE JAMAL BRIDGES,<br>KRISTIAN JONES, *et al.*<br>*Defendants* | : | |

# ORDER

AND NOW, this 6th day of November 2018, upon consideration of the separate *motions for Bill of Particulars* filed by Defendant Dkyle Jamal Bridges, (Doc. 47), and by Defendant Kristian Jones (Doc. 43), and the Government's omnibus response in opposition, (Doc. 81), it is hereby **ORDERED** that the Defendants' respective motions are **DENIED**.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*