IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 18-193-1, 2, 3 |
| | : | |
| v. | : | |
| | : | |
| DKYLE JAMAL BRIDGES, | : | |
| KRISTIAN JONES, *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 6th day of November 2018, upon consideration of the *motion to continue trial* filed by Defendant Dkyle Jamal Bridges, (Doc. 77), Defendant Kristian Jones' *response in opposition to co-Defendant's request for a continuance,* (Doc. 82), this Court finds that the reasons articulated in the motion cause the ends of justice to best be served by granting the requested continuance of the trial scheduled in this matter, and that said reasons expressed outweigh the best interests of the public and the Defendant in a speedy trial. Further, Defendants' motions to sever were denied by Order dated November 6, 2018. Therefore, since the requested continuance constitutes a justifiable period of delay within the meaning of 18 United States Code Section 3161(h)(7)(A) and (B), it is hereby **ORDERED** that the motion for continuance is **GRANTED.**[1] The trial and jury selection date will be rescheduled for a time consistent with the Court's calendar and after the Defendants have been arraigned on the Superseding Indictment. Defendant's counsel's request for a conference with the parties is denied.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] This Court noted that a Superseding Indictment was filed November 1, 2018. (Doc. 74).