# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 18-193 |
| | : | |
| DKYLE JAMAL BRIDGES, *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 19th day of February 2019, upon consideration of Defendant Dkyle Jamal Bridges' *motion to compel grand jury transcripts pursuant to Fed. Fr. Crim. P. 6(e)(3)(E)(ii)*, (Doc. 143), the Government response thereto, (Doc. 147), and the oral argument heard on February 15, 2019, it hereby **ORDERED** that Defendant's motion is **GRANTED**, *in part*. Accordingly, the Government will produce the grand jury testimony of witnesses the Government plans to call at trial as follows: if the specific transcript(s) of any such testimony is 100 pages or less in length, the transcript(s) shall be produced to Defendants at least three days prior to trial; if the transcript(s) of such testimony is in excess of 100 pages in length, the transcript(s) shall be produced to Defendant at least five days prior to trial.[1]

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] In the interest of judicial economy, this Order shall apply to all Defendants in this matter.