## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 18-193-1, 2** |
| | : | |
| **DKYLE JAMAL BRIDGES,** | : | |
| **KRISTIAN JONES** | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 20th day of March 2019, upon consideration of the Government's *motion in limine to exclude evidence of victims' other sexual behavior pursuant to Federal Rule of Evidence 412 and to admit evidence of trafficking of additional victims*, (Doc. 58), and Defendants' response in opposition thereto, (Doc. 73), it is hereby **ORDERED** that:

(1)  the Government's motion to exclude evidence of victims' other sexual behavior pursuant to Federal Rule of Evidence 412 is **GRANTED**; and

(2)  the Government's motion to admit evidence of trafficking of additional victims is **DENIED**.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*