IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 18-193 |
| | : | |
| DKYLE JAMAL BRIDGES, | : | |
| KRISTIAN JONES, ANTHONY | : | |
| JONES | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 22nd day of March 2019, upon consideration of the Government's *supplemental motion in limine to clarify scope of victim & eyewitness testimony and motion for oral argument*, (Doc. 182), and the Defendants' oral objections thereto, it is hereby **ORDERED** that the motion is **GRANTED**, *in part*, as follows:

(1) after a proper foundation, the Government may introduce the testimony of those purported eyewitnesses identified in the Government's motion with respect to their observations of the Defendants' alleged treatment of the purported sex trafficking victims identified in the indictment; and

(2) the Government is precluded from introducing any testimony of those eyewitnesses identified in the motion with respect to their own status as purported sex trafficking victims.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*