IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 18-193 |
| | : | |
| DKYLE JAMAL BRIDGES, *et al.* *Defendants* | : : | |

# ORDER

**AND NOW**, this 27th day of March 2019, upon consideration of Defendants' *motion for reconsideration*, (Doc. 184), and the parties' oral argument thereon, it is hereby **ORDERED** that the motion is **DENIED**. Notwithstanding, Defendants may renew their argument at trial, if appropriate, with respect to the purported evidence that one alleged victim was operating her own prostitution business.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*